**MANDATE**

1:26-cv-02912-LTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/4/2026 __

#### UNITED STATES COURT OF APPEALS
#### for the
#### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty-six,

Amber Doe,

        Plaintiff - Appellant,

  v.

Sequoia Capital Operations LLC, Sequoia Capital Fund, L.P., Sequoia Capital Fund Feeder, L.P., Sequoia Capital US/E Seed V Principals Fund (Q), L.P., Sequoia Capital US/E Seed V Principals Fund, L.P., Sequoia Capital US/E Venture XVIII Principals Fund, L.P., Sequoia Capital US/E Venture XVIII Principals Fund (Q), L.P., Sequoia Capital US/E Growth X Principals Fund, L.P., Sequoia Capital US/E Expansion I Principals Fund, L.P., Sequoia Capital US/E Venture Partners Fund XVIII, L.P., Sequoia Capital US/E Growth Partners Fund X, L.P., Sequoia Capital China Expansion I Principals Fund, L.P., Sequoia Capital Global Growth Fund III - Endurance Partners Principals Fund, L.P., Sequoia Capital US/E Seed IV Principals Fund, L.P., Sequoia Capital U.S. Venture XVII Principals Fund, L.P., Sequoia Capital U.S. Growth IX Principals Fund, L.P., Sequoia Capital Global Growth Fund III - U.S. India Annex Principals Fund, L.P., Sequoia Capital Global Growth Fund III - U.S. India Annex Fund, L.P., Sequoia Capital Global Growth Fund III - Endurance Partners, L.P., Sequoia Capital U.S. Venture Fund XVII, L.P., Sequoia Capital U.S. Growth Fund IX, L.P., Sequoia Capital US/E Seed Fund IV, L.P., Sequoia Capital U.S. Growth Partners Fund IX, L.P., Sequoia Capital U.S. Growth VIII Principals Fund, L.P., Sequoia Capital U.S. Growth Partners Fund VIII, L.P., Sequoia Capital U.S. Scout Seed Principals Fund III, L.P., Sequoia Capital US/E Seed Partners Fund IV, L.P., Sequoia Capital U.S. Venture Partners Fund XVII, L.P., Sequoia Capital U.S.

**ORDER**

Docket No. 26-1371

**MANDATE ISSUED ON 08/04/2026**

Growth Fund VIII, L.P., Sequoia Capital U.S. Venture Fund XIV, L.P., Sequoia Capital U.S. Growth Fund VII, L.P., Sequoia Capital U.S. Growth Fund VI, L.P., Sequoia Capital Global Growth Fund, L.P., Sequoia Capital U.S. Growth Fund V, L.P., Sequoia Capital U.S. Venture 2010 Fund, L.P., Sequoia Capital Franchise Partners, L.P., Sequoia Capital IX, L.P., Sequoia Entrepreneurs Annex Fund, L.P., Sequoia Capital Growth III Principals, Fund, LLC, Sequoia Capital Franchise Fund, L.P., Sequoia Capital Growth Partners III, L.P., Sequoia Capital Growth Fund III, L.P., Does 1-100 Et Al,

         Defendants - Appellees.

_____

         A notice of appeal was filed on May 18, 2026. The filing fee of $605.00 was due to be paid to the district court by May 28, 2026. The case is deemed in default.

         Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

         IT IS HEREBY ORDERED that the appeal is dismissed effective June 30, 2026 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

                                     For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit