UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMBER DOE,

Plaintiff,

-against-

SEQUOIA CAPITAL OPERATIONS LLC
SEQUOIA CAPITAL FUND; et al.,

Defendants.

26-CV-2912 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On April 8, 2026, Plaintiff commenced this *pro se* action by filing, among other things, a complaint (ECF No. 1) and a motion for permission to participate in electronic case filing (ECF No. 6). On April 14, 2026, the Court issued an order directing the Clerk of Court to transfer this action, under 28 U.S.C. § 1404(a), to the United States District Court for the Central District of California. (ECF No. 7.) Due to an apparent clerical error, however, the transfer of this action did not occur within the period set forth in Local Civil Rule 83.1, or otherwise.

On May 14, 2026, Plaintiff filed a notice of interlocutory appeal from the transfer order (ECF No. 8) and a motion to stay transfer pending appeal (ECF No. 9).

On August 4, 2026, this Court received from the Court of Appeals for the Second Circuit a mandate indicating that Plaintiff's appeal was deemed to be in default and was therefore dismissed. (ECF No. 10.)

In light of the Court's transfer order dated April 14, 2026, the Court denies Plaintiff's application to participate in electronic case filing, without prejudice to any similar or comparable motion that Plaintiff may seek to file in the transferee court.

Additionally, in light of the Second Circuit's dismissal of Plaintiff's appeal, the Court denies as moot her application to stay the transfer of this action pending appeal.

Accordingly, the Clerk of Court is directed to immediately transfer this action to the United States District Court for the Central District of California, as the Court first ordered on April 14, 2026, and terminate the motions pending at ECF Nos. 6 and 9.

This order closes this case in this court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 5, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge